AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Burris, Helen E. | US Bankruptcy Court, DSC | 04/21/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge- Full time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Federal Courthouse
201 Magnolia Street
Spartanburg, SC 29306

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee Trust #1, #2, #3 | See Part VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/21/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Employment with Turner Padget Graham & Laney |
| 2. | 2016 | The Law Office of Eric K. Englebardt, LLC (this entity owns 50% of Wilson & Englebardt, LLC)(attorneys) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 01/21/2016 to 01/23/2016 | Charleston, SC | CLE/Bar meeting | registration waived |
| 2. | National Conference of Bankruptcy Judges | 03/14/2016 to 03/15/2016 | Fort Worth, TX | mid year board meeting | travel, lodging, food and expenses |
| 3. | National Association of Bankruptcy Trustees | 04/07/2016 ro 04/09/2016 | Atlanta, GA | CLE/speaker | lodging, food, registration waived |
| 4. | South Carolina Bankruptcy Law Association | 04/29/2016 to 05/01/2016 | Hilton Head, SC | CLE/ speaker | lodging, food, registration waived |
| 5. | South Carolina Association for Justice | 08/04/2016 to 08/07/2016 | Hilton Head, SC | CLE | lodging, food, registration waived |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Burris, Helen E.** | 04/21/2017 |

| 6. | National Conference of Bankruptcy Judges | 10/26/2016 to 10/30/2016 | San Francisco, CA | Annual meeting, board meeting and CLE | travel, lodging, food |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/21/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | U.S. Department of Education/Navient | student loan (dependent child's obligation) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. South State Bank - Accounts | A | Interest | K | T | | | | | |
| 2. Tr. #1 South State Bank | A | Interest | J | T | | | | | |
| 3. Tr. #2 Russell Frank Inv. Co. Lifepoints Fund Conserv. | A | Int./Div. | | | Distributed | 06/30/16 | J | | |
| 4. Voya Financial, Inc. Annuity (ING USA) | A | Int./Div. | M | T | | | | | |
| 5. NW Mutual Whole Life Cash Value #1 | D | Dividend | L | T | | | | | |
| 6. 401K Fidelity Freedom 2030 Fund | D | Int./Div. | N | T | | | | | |
| 7. NetReit Real Estate Investment Trust | B | Dividend | K | T | | | | | |
| 8. (H)- IRA American Funds | | | | | | | | | |
| 9. -American Funds-Income Fund of America A | A | Dividend | J | T | | | | | |
| 10. -American Funds-American Balanced Fund A | B | Dividend | J | T | | | | | |
| 11. (H)-Future Scholar529 College Savings Plan-FS Mod Conserv (no control) | A | Int./Div. | J | T | Distributed (part) | 03/22/16 | J | | |
| 12. -cont'd | | | | | Buy (add'l) | 04/13/16 | J | | |
| 13. -cont'd | | | | | Distributed (part) | 07/22/16 | J | | |
| 14. -cont'd | | | | | Distributed (part) | 11/10/16 | J | | |
| 15. Monogram Residential Trust (formerly Behringer Harvard Multifamily) | A | Dividend | | | Sold | 10/27/16 | K | A | See VIII |
| 16. Rental Property #1 Greenville SC | D | Rent | L | W | | | | | |
| 17. Trust #3 Invesco Bal Risk Alloc C | A | Int./Div. | | | Distributed | 06/30/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (H)- Future Scholar 529 College Savings Plan (2nd) -FS Mod Conserv (2) | A | Int./Div. | J | T | Buy (add'l) | 04/13/16 | J | | |
| 19. -cont'd | | | | | Distributed (part) | 07/20/16 | J | | |
| 20. -cont'd | | | | | Distributed (part) | 12/13/16 | J | | |
| 21. (H) TD Ameritrade Institutional | | | | | | | | | |
| 22. -Deutsche X-Trackers MSCI Europe Hedged Equity ETF | A | Int./Div. | K | T | | | | | |
| 23. -First TR Exchan Traded FD VII FST TR GLB FD | A | Int./Div. | J | T | Buy (add'l) | 05/23/16 | J | | |
| 24. -cont'd | | | | | Sold | 11/09/16 | J | A | |
| 25. -Ishares Core S&P Mid-Cap ETF | A | Int./Div. | K | T | Sold (part) | 12/15/16 | J | | |
| 26. -Ishares Core S&P Small-Cap ETF | A | Int./Div. | J | T | Sold (part) | 05/23/16 | J | | |
| 27. -cont'd | | | | | Sold (part) | 06/18/16 | J | | |
| 28. -cont'd | | | | | Sold (part) | 12/15/16 | J | | |
| 29. -Ishares Floating Rate Bond ETF | A | Int./Div. | J | T | | | | | |
| 30. -Powershares Global Listed | A | Int./Div. | | | Sold | 05/19/16 | J | A | |
| 31. -Powershares Var Rate PFD POR ETF | A | Int./Div. | J | T | | | | | |
| 32. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | | | | | |
| 33. -Vanguard Emerging Markets ETF | A | Int./Div. | J | T | Sold (part) | 05/18/16 | J | | |
| 34. -cont'd | | | | | Sold | 09/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Index Funds S&P 500 ETF | A | Int./Div. | K | T | Buy (add'l) | 05/23/16 | J | | |
| 36. -SPDR Series Trust Short Term High Yield Bond ETF | A | Int./Div. | J | T | | | | | |
| 37. -ALPS ETF Trust Alerian MLP | A | Int./Div. | J | T | Buy | 01/26/16 | J | | |
| 38. -cont'd | | | | | Buy (add'l) | 10/28/16 | J | | |
| 39. -Powershares Senior Locan Portfolio | A | Int./Div. | J | T | Buy | 05/18/16 | J | | |
| 40. -Ishares 1-3 year credit BND ETF | A | Int./Div. | J | T | Buy | 05/23/16 | J | | |
| 41. -Ishares JPM USD Emerg Mkt BND ETF | A | Int./Div. | | | Buy | 05/23/16 | J | | |
| 42. -cont'd | | | | | Sold | 12/01/16 | J | A | |
| 43. -Fidelity Covington Trust MSCI Finance ETF | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 44. -Ishares Core US Aggregate Bond ETF | A | Int./Div. | J | T | Buy | 12/15/16 | J | | |
| 45. -Proshares Inflation Expectations ETF | A | Int./Div. | J | T | Buy | 12/15/16 | J | | |
| 46. Community National Bank IRA (X) | A | Interest | K | T | Spinoff (from line 15) | 10/26/16 | K | | |
| 47. Vanguard IRA (Inherited Nonspouse beneficiary) (X) | | None | | | Distributed | 10/25/16 | J | | See VIII |
| 48. Buyout of partnership investment Turner Padget Graham&Laney (X) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Lines 3 and 17 accounts closed, funds distributed and deposited in bank account line 2.

VII. Line 15- This investment, along with NetReit (line 7) are part of a tradtional IRA account managed by Community National Bank. The Monogram investment was sold on 10/27/2016 and statement reflects the proceeds held in "savings balance" in IRA until reinvested in 2017 by same brokerage firm. A line was added to show the savings balance from 10/27/16 to the end of the year (line 46).

VII. Line 47- Inherited IRA transferred to filer upon death of account holder in 2016 and distributed simultaneously.

VII. Line 48- Buyout interest in law firm payable upon withdrawal from firm (2016), paid back in monthly installments over 36 months no interest.

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 04/21/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Helen E. Burris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544